PUNEET K. SANDHU (State Bar No. 254726)
psandhu@yzllp.com
VICKY H. LIN (State Bar No. 253767)
vlin@yzllp.com
YOUNG, ZINN, PAZZANI & SANDHU LLP
1150 South Olive Street, Suite 1800
Los Angeles, California 90015
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA,
CAROL L. FOLT, and CATHERINE SPEAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOEL W. HAY PhD, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>THE UNIVERSITY OF SOUTHERN CALIFORNIA, CATHERINE SPEAR, CAROL L. FOLT, and DOES 1-20,<br><br>DEFENDANT. | Case No.  2:22-cv-5199 DSF (GJSx)<br><br>**DEFENDANTS UNIVERSITY OF SOUTHERN CALIFORNIA'S, CATHERINE SPEAR'S, AND CAROL L. FOLT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Fed. Rules Civ. Proc. 12(b)(6)]<br><br>**Date:** September 19, 2022<br>**Time:** 1:30 PM<br>**Place:** First Street Courthouse,<br>      350 West 1st St, Courtroom 7D,<br>      Los Angeles, California |

**TO PLAINTIFF JOEL W. HAY AND HIS ATTORNEYS OF RECORD BRET G. ANDERSON, MAX R. ENGELHARDT, JESSICA A. BARAJAS, AND FERGUSON CASE ORR PATERSON LLP:**

**PLEASE TAKE NOTICE** that on September 19, 2022, at 1:30 p.m. in Courtroom 7D, or as soon thereafter as the matter may be heard in the above-entitled court located at 350 West 1st St, Courtroom 7D, Los Angeles, California, Los Angeles, CA 90012, defendants University of Southern California ("USC"), Catherine Spear ("Spear"), and Carol L. Folt ("Folt") (collectively "Defendants") will move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff Joel Hay's first through sixth claims for relief for failure to state a claim, on the following grounds:

1. Plaintiff's first through fifth claims for relief fail to state claims upon which relief can be granted because Plaintiff has not and cannot establish that Defendants were "state actors" or engaged in state action.
2. Plaintiff's sixth claim for relief fail to state a claim upon which relief can be granted because Plaintiff has not and cannot establish any constitutional violation by a state actor.

This Motion is made following the conference of counsel for Plaintiff and Defendants pursuant to Local Rule 7-3.  On August 3, 2022, counsel for Defendants and Plaintiff met and conferred via Zoom videoconference to discuss the arguments and authorities that support Defendants' position that Plaintiff's first through sixth claims for relief should be dismissed.  Between August 9 – 15, 2022, counsel for the parties engaged in further meet and confer efforts via email but were unable to reach a resolution.  Declaration of Vicky H. Lin, ¶¶ 2 – 4 and Exhibit 5.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declarations of Jeffrey Pruzan and Vicky

///
///

1 | Lin, Request for Judicial Notice, accompanying exhibits filed herewith, the
2 | pleadings and papers on file in this matter, and any oral argument on the matter.

DATED:  August 17, 2022			YOUNG, ZINN, PAZZANI & SANDHU LLP

					By:  /s/ Vicky H. Lin
					VICKY H. LIN
					Attorneys for Defendants
					UNIVERSITY OF SOUTHERN
					CALIFORNIA, CAROL L. FOLT, and
					CATHERINE SPEAR