Bret G. Anderson (SBN 239491)
Jessica A. Barajas (SBN 227405)
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone:      (805) 659-6800
Facsimile:       (805) 659-6818
Email: banderson@fcoplaw.com
       jbarajas@fcoplaw.com

Attorneys for Plaintiff Joel W. Hay

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOEL W. HAY PhD, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The UNIVERSITY OF SOUTHERN CALIFORNIA, CATHERINE SPEAR, CAROL L. FOLT, and DOES 1-20,<br><br>　　　　Defendant. | Case No. 2:22-cv-5199 DSF-GJS<br>Complaint Filed: June 13, 2022<br><br>**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF JOEL W. HAY'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　October 17, 2022<br>Time:　　1:30 p.m.<br>Place:　　CR 7D<br>　　　　　First Street Courthouse<br>　　　　　350 West 1st Street<br>　　　　　Los Angeles, California |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Joel W. Hay (the "Plaintiff") respectfully requests that this Court take judicial notice of the documents attached hereto as exhibits. Federal Rule of Evidence 201 permits courts to take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Documents appearing on publicly available websites are proper subjects for judicial notice. *Calhoun v. Google LLC*, 526 F. Supp. 3d 605, 617 (N.D. Cal. 2021); *In re Google Assistant Privacy Litig.*, 457 F. Supp. 3d 797, 813–14 (N.D. Cal. 2020); *Matera v. Google, Inc.*, 2016 WL

5339806, at *7 (N.D. Cal. Sept. 23, 2016).

Exhibit A is a true and correct copy of the "Final Report on the Use of Funds Distributed to USC [University of Southern California] from the Higher Education Emergency Relief Fund" obtained from USC's publicly available website, available at https://oir.usc.edu/wp-content/uploads/2021/07/CARES-Act-Quarterly-Report-April-2021.pdf.

Exhibit B is a true and correct copy of "USC Statement of Free Speech," obtained from the Office of the Provost of USC's publicly available website, available at https://www.provost.usc.edu/usc-statement-free-speech/.

Date: _September 7, 2022____

FERGUSON CASE ORR PATERSON LLP

By: _____
BRET G. ANDERSON
Attorneys for Plaintiff Joel W. Hay

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Signature:* Jessica Hammer

| Date | Printed Name | Signature |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**