Bret G. Anderson (SBN 239491)
Max R. Engelhardt (SBN 310968)
Jessica A. Barajas (SBN 227405)
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Telephone:        (805) 659-6800
Facsimile:         (805) 659-6818
Email: banderson@fcoplaw.com
           mengelhardt@fcoplaw.com
           jbarajas@fcoplaw.com

Attorneys for Plaintiff Joel W. Hay

PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
VICKY H. LIN (State Bar No. 253767)
vlin@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Avenue, Suite 460
Glendale, California 91203
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA,
CAROL L. FOLT, and CATHERINE SPEAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOEL W. HAY PhD, an individual, <br><br> PLAINTIFF, <br><br> v. <br><br> The UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*, | Case No. 2:22-cv-5199 DSF (GJSx) <br><br> **STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DATES** |

1
2   DEFENDANT.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PAZZANI & SANDHU LLP**
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CA 91203

STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DATES

1    Defendants University of Southern California, Carol L. Folt, and Catherine
2    Spear (collectively "USC"), on the one hand, and Plaintiff Joel Hay ("Plaintiff"), on
3    the other hand, (collectively the "Parties") hereby stipulate as follows:
4        **WHEREAS**, on October 31, 2022, the Parties filed a Joint Rule 26(f) Report
5    (Dkt 29), in which the Parties submitted their requests for trial and trial related
6    dates; and
7        **WHEREAS**, at the time the Parties filed the Joint Rule 26(f) Report, USC,
8    separate from this litigation, had commenced dismissal proceedings against Plaintiff
9    pursuant to its Faculty Handbook and other internal policies and procedures. At that
10   time, the dismissal hearing was scheduled to take place on November 4, 2022; and
11       **WHEREAS**, on November 1, 2022, the Court issued an "Order re Jury Trial"
12   (Dkt 31) that set trial for September 12, 2023, with trial-related deadlines as follows:

| Date | Event |
|---|---|
| January 30, 2023 | Hearing Cut-off on Motion to Amend Pleadings or Add Parties |
| April 18, 2023 | Discovery Cut-off |
| April 18, 2023 | Initial Expert Witness Exchange |
| June 5, 2023 | Motion Hearing Cut-off |
| June 20, 2023 | ADR Cut-off |
| July 25, 2023 | Trial documents (set one) |
| August 1, 2023 | Trial documents (set two) |
| August 7, 2023 | Final Pre-trial Conference |
| September 12, 2023 | Trial |

23       **WHEREAS**, after the Court issued its Order re Jury Trial, USC's internal
24   dismissal hearing involving Plaintiff was continued for reasons including multiple
25   calendar conflicts and illnesses. Setting a new date for the dismissal proceedings
26   requires the availability of the parties and their counsel, a hearing panel of USC
27   faculty, and the parties' witnesses, which inherently leads to scheduling difficulties.
28   Following multiple attempts on both sides to arrive at a new hearing date where all

necessary individuals were available, the rescheduled hearing took place on January 27, 2023—more than two months since the original date and the parties' joint Rule 26(f) Report. USC's hearing panel took the matter under submission on January 30, 2023 after the submission of post-hearing statements. As of this writing, the outcome of the dismissal proceedings is unknown and will be for some time.

**WHEREAS**, the hearing panel advised during the hearing that its procedures provide that the panel will ordinarily issue a recommendation within ten calendar days from the hearing date. The parties will then have approximately two weeks to append additional statements, to the panel's recommendation. The recommendation is then sent to USC's president, who ultimately issues a decision. The dismissal hearing panel issued a recommendation on February 2, 2023. Dr. Hay and USC have until February 16, 2023 to provide additional statements before the report's submission to USC's president. This process may therefore take 30-45 days or possibly more, though the exact timing is unknown (*See* Declaration of Bret G. Anderson offered in support of this Stipulation ("Anderson Declaration"));

**WHEREAS**, the evidence presented in and the outcome of the dismissal proceedings will be relevant to the claims and defenses asserted in this matter and, as previously represented to this Court, the Plaintiff believes and expects that the "timing, process involved, and potential outcomes in the dismissal proceedings" leaves open the "potential of litigation in other venues." (Dkt 29, 12:6-12) (*See* Anderson Declaration);

**WHEREAS**, the parties' discussions to resolve discovery disputes was extended by two weeks due to a family emergency faced by one of USCs' attorneys;

**WHEREAS**, on January 18, 2023, Plaintiff's counsel inquired whether USC would stipulate to seek a continuance of the trial and discovery dates based on the above-described dismissal proceedings and other delays, which have affected the Parties' ability to conduct and complete discovery and be ready for trial by September 12, 2023. USC agreed to stipulate to continue the trial and trial-related

dates; (*See* Declaration of Vicky H. Lin) and

**WHEREAS**, this is the Parties' first request for a continuance of the trial date; and

**WHEREAS**, the Parties do not believe that the continuance will prejudice any of the parties;

**NOW, THEREFORE**, the Parties stipulate and agree to:

(1) continue the trial to December 5, 2023 or if that date is not available, continue the trial to *no earlier than* February 6, 2024 as may be available on the Court's calendar; and

(2) continue trial-related dates that have not passed by a corresponding length of time consistent with the Court's Schedule of Pretrial and Trial Dates form (Dkt 15, p. 10):

| | | |
|---|---|---|
| Trial: | _____ | (December 5, 2023 or no earlier than February 6, 2024) |
| Non-expert Discovery cut-off: | \_\_\_\_\_ | (21 weeks prior to trial) |
| Expert Witness Exchange: | \_\_\_\_\_ | (21 weeks prior to trial) |
| Motion hearing cut-off: | \_\_\_\_\_ | (14 weeks prior to trial) |
| ADR Cut-off: | \_\_\_\_\_ | (12 weeks prior to trial) |
| Trial documents (set one): | \_\_\_\_\_ | (7 weeks prior to trial) |
| Trial documents (set two) | \_\_\_\_\_ | (6 weeks prior to trial) |
| Final Pre-trial conference | \_\_\_\_\_ | (4 weeks prior to trial) |

[CONTINUED ON NEXT PAGE]

Counsel for the Parties concur in the content and have authorized the filing of this Stipulation.

DATED: February 6, 2023        PAZZANI & SANDHU LLP

By: /s/ Vicky H. Lin
VICKY H. LIN
Attorneys for Defendants
UNIVERSITY OF SOUTHERN
CALIFORNIA, CAROL L. FOLT, and
CATHERINE SPEAR

DATED: February 6, 2023        FERGUSON CASE ORR PATERSON LLP

By: /s/ Bret G. Anderson
BRET G. ANDERSON
Attorneys for Plaintiff
JOEL W. HAY