**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOEL W. HAY PhD, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>The UNIVERSITY OF SOUTHERN CALIFORNIA, CATHERINE SPEAR, CAROL L. FOLT, and DOES 1-20,<br><br>                    Defendant. | Case No. 2:22-cv-5199 DSF-GJS<br>Complaint Filed:  June 13, 2022<br><br><br>**ORDER STAYING CASE PENDING OUTCOME OF PETITION FOR WRIT OF ADMINSTRATIVE MANDAMUS** |

Having considered the Parties' Stipulation to Stay Case Pending Outcome of Petition for Writ of Administrative Mandamus, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

(1) The case, including all pre-trial dates, is STAYED pending a final ruling in Plaintiff's petition for writ of administrative mandamus, Los Angeles Superior Court Case No. 23STCP03371, with the following exceptions:

(a) Plaintiff may file the second amended complaint attached as Exhibit D to the parties' December 15, 2023 stipulation;

(b) the parties will complete fact discovery by June 3, 2024; and

(c) the parties will complete ADR by July 19, 2024.

(2) A status conference is set for September 9, 2024 at 11:00 am, so that the parties may update the Court on the status and/or outcome of the writ proceeding and to set a new trial date and remaining pre-trial dates.

DATED: December 19, 2023

DALE S. FISCHER
United States District Judge