# EXHIBIT A

Electronically Received 09/10/2024 09:44 AM

PAZZANI & SANDHU LLP
700 NORTH CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

FILED
Superior Court of California
County of Los Angeles
09/11/2024
David W. Slayton, Executive Officer / Clerk of Court
By: _____N. DiGiambattista_____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – WESTERN DIVISION

| | |
|---|---|
| JOEL W. HAY PhD, an individual,<br><br>　　　　Petitioner,<br><br>v.<br><br>THE UNIVERSITY OF SOUTHERN CALIFORNIA, CATHERINE SPEAR, CAROL L. FOLT, DAVID REYES AND DOES 1-20,<br><br>　　　　Respondent. | Case No.  23STCP03371<br><br>Assigned for all purposes to:<br>The Hon. Stephen I. Goorvitch, Dept. 82<br><br>[~~PROPOSED~~] JUDGMENT ON PETITION FOR ADMINISTRATIVE WRIT OF MANDATE<br><br>Action filed:   09/14/2023 |

---

[~~PROPOSED~~] JUDGMENT ON PETITION FOR ADMINISTRATIVE WRIT OF MANDATE

Exhibit A, page 4

On August 9, 2024, Petitioner Joel W. Hay's Petition for a Writ of Administrative Mandate came on for hearing before the Honorable Stephen I. Goorvitch. Petitioner appeared and argued through his counsel Bret Anderson of Ferguson Case Orr Patterson LLP. Respondents University of Southern California, Carol Folt, Catherine Spear, and David Reyes ("Respondents") appeared and argued through their counsel Puneet K. Sandhu and Vicky H. Lin of Pazzani & Sandhu LLP.

After considering the pleadings, administrative record, briefs, and oral argument of counsel, the Court denied the petition for the reasons set forth in the Court's August 12, 2024 Order Denying Petition for Writ of Mandate, a true and correct copy of which is attached hereto as Exhibit 1.

The evidence properly before the Court having been considered, the issues having been duly heard, and a decision having been duly rendered, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Petition for Writ of Mandate is denied;

2. Judgment is entered in favor of Respondents and against Petitioner; and

3. Respondents shall recover from Petitioner its costs of suit incurred herein.

Dated: _____€JƉFƉƉƉ€Ǥ_____, 2024



_____
Honorable Stephen I. Goorvitch
Judge of the Superior Court of California

Presented by:
PAZZANI & SANDHU LLP

_____
PUNEET K. SANDHU
Attorneys for Respondents
UNIVERSITY OF SOUTHERN CALIFORNIA
CAROL L. FOLT, CATHERINE SPEAR, and
DAVID REYES

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 700 North Central Avenue, Suite 460, Glendale, California 91203.

On September 10, 2024, I caused to be served the foregoing documents described as **[PROPOSED] JUDGMENT ON PETITION FOR ADMINISTRATIVE WRIT OF MANDATE** on the interested parties in this action by sending a true copy thereof to:

| | |
|---|---|
| Bret G. Anderson<br>Jessica A. Barajas<br>Morgan T. Lynch<br>FERGUSON CASE ORR PATERSON LLP<br>1050 South Kimball Road<br>Ventura, California 93004<br>Telephone: (805) 659-6800<br>Facsimile: (805) 659-6818<br>Email: banderson@fcoplaw.com<br>Email: jbarajas@fcoplaw.com<br>Email: mlynch@fcoplaw.com | Representing Petitioner<br>JOEL W. HAY |

**BY ELECTRONIC SERVICE:** I caused such documents to be transmitted to the electronic mail addressee and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on September 10, 2024, at Glendale, California.

_Patty Flores_ (signature)
Patty Flores

PROOF OF SERVICE

Exhibit A, page 6