# EXHIBIT B

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT

DIVISION P

**COURT OF APPEAL – SECOND DIST.**
**FILED**
Feb 03, 2025
EVA McCLINTOCK, Clerk
Brian Millen    Deputy Clerk

JOEL W. HAY,
Plaintiff and Appellant,
v.
THE UNIVERSITY OF SOUTHERN CALIFORNIA,
Defendant and Respondent.

B342517
Los Angeles County Super. Ct. No. 23STCP03371

THE COURT:

    It appearing that the appellant is in default pursuant to Rule 8.140(b), California Rules of Court, the appeal filed November 12, 2024, is dismissed.

*Elwood Lui, Administrative Presiding Justice*
Administrative Presiding Justice

NOTICE: This order becomes final in 30 days and thereafter is not subject to rehearing or modification. This time cannot be extended (Cal. Rules of Court, rule 8.264(b)(1)). Any party desiring reinstatement must file a motion within 15 days of the date of this order.

Exhibit B, page 7