UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOEL W. HAY PhD, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>The UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*,<br><br>DEFENDANT. | Case No. 2:22-cv-5199 DSF (GJSx)<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]** |

1  After considering the parties' Joint Stipulation for Dismissal of Entire Action
2  with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), and good cause
3  appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice.
4
5  IT IS SO ORDERED.
6
7
8  Dated: _____       _____
9                                       The Honorable Dale Fischer
                                         United States District Judge
10

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE