

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOEL W. HAY PhD, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>The UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*,<br><br>DEFENDANT. | Case No. 2:22-cv-5199 DSF (GJSx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]** |

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203

After considering the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 18, 2025

Dale S. Fischer

The Honorable Dale Fischer
United States District Judge

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 460
GLENDALE, CALIFORNIA 91203