EXHIBIT A

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX 78628
(949) 777-5496



# Invoice

| Invoice No. | 48256-01 |
|---|---|
| Invoice Date | 5/13/2024 |
| Tax ID | 85-0748969 |
| Rep | Pablo Sanchez |

*Please include invoice number on your payment

**Bill to:**
Pazzani & Sandhu LLP
700 North Central Ave., Ste. 460
Glendale, CA  91203
Attn: Patty Flores

Record Subject:
Case Number:          2:22-cv-5199 DSF (GJSx)
Claim Number:
Joel W. Hay PhD, an individual vs. The University of Southern California, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Service of Process: May 08 2024 | 1 | $75.00 | No | $75.00 |
| Custodian Fee | 1 | $40.00 | No | $40.00 |
| Fee Advancement at 10 percent | 1 | $4.00 | No | $4.00 |

## Order Information

| Reference Number: | Hay 2102.232 |
|---|---|
| Records Source: | C. Paul Wazzan |
| | 2029 Century Park E. #1250 |
| | Los Angeles, CA  90067 |
| Shipped To: | Vicky Lin |
| | Pazzani & Sandhu LLP |
| | 700 North Central Ave., Ste. 460 |
| | Glendale, CA  91203 |

| | |
|---|---|
| **Total Charges:** | $119.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | $119.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Invoice Number 48256-01

Exhibit A, page 6

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX 78628
(949) 777-5496



## Invoice

| | |
|---|---|
| **Invoice No.** | 48256-02 |
| **Invoice Date** | 5/13/2024 |
| **Tax ID** | 85-0748969 |
| **Rep** | Pablo Sanchez |

*Please include invoice number on your payment

**Bill to:**
Pazzani & Sandhu LLP
700 North Central Ave., Ste. 460
Glendale, CA  91203
Attn: Patty Flores

Record Subject:
Case Number:        2:22-cv-5199 DSF (GJSx)
Claim Number:
Joel W. Hay PhD, an individual vs. The University of Southern California, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Service of Process: May 09 2024 | 1 | $75.00 | No | $75.00 |
| Custodian Fee | 1 | $40.00 | No | $40.00 |
| Fee Advancement at 10 percent | 1 | $4.00 | No | $4.00 |

### Order Information

| | |
|---|---|
| Reference Number: | Hay 2102.232 |
| Records Source: | Aryeh L. Goldberg |
| | 8075 W. 3rd St., Ste. 306 |
| | Los Angeles, CA  90048 |
| Shipped To: | Vicky Lin |
| | Pazzani & Sandhu LLP |
| | 700 North Central Ave., Ste. 460 |
| | Glendale, CA  91203 |

| | |
|---|---|
| **Total Charges:** | $119.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | $119.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Invoice Number 48256-02

Exhibit A, page 7

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX 78628
(949) 777-5496



# Invoice

| Bill to: | | |
|---|---|---|
| Pazzani & Sandhu LLP 700 North Central Ave., Ste. 460 Glendale, CA  91203 Attn: Patty Flores | | |

| | |
|---|---|
| **Invoice No.** | 41063-03 |
| **Invoice Date** | 12/14/2023 |
| **Tax ID** | 85-0748969 |
| **Rep** | Pablo Sanchez |

*Please include invoice number on your payment

Record Subject:   Joel W. Hay
Case Number:   2:22-cv-5199 DSF (GJSx)
Joel W. Hay PhD, an individual vs. The University of Southern California, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Service of Process | 1 | $130.00 | No | $130.00 |
| Production Fee | 17 | $0.22 | No | $3.74 |
| Electronic/Native File Upload | 1 | $25.00 | No | $25.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

## Order Information

| | |
|---|---|
| Reference Number: | Hay 2102.232 |
| Records Source: | StoneTurn Group, LLP |
| | 2710 Gateway Oaks Dr. Sacramento, CA  95833 |
| Shipped To: | Puneet K. Sandhu Pazzani & Sandhu LLP 700 North Central Ave., Ste. 460 Glendale, CA  91203 |

| | |
|---|---|
| **Total Charges:** | $220.24 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | $220.24 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Invoice Number 41063-03

Exhibit A, page 8

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX 78628
(949) 777-5496



## Invoice

| | |
|---|---|
| **Invoice No.** | 41063-04 |
| **Invoice Date** | 1/29/2024 |
| **Tax ID** | 85-0748969 |
| **Rep** | Pablo Sanchez |

*Please include invoice number on your payment

**Bill to:**
Pazzani & Sandhu LLP
700 North Central Ave., Ste. 460
Glendale, CA  91203
Attn: Patty Flores

Record Subject:     Joel W. Hay
Case Number:        2:22-cv-5199 DSF (GJSx)

Joel W. Hay PhD, an individual vs. The University of Southern California, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $45.00 | No | $45.00 |
| Service of Process | 1 | $150.00 | No | $150.00 |

### Order Information

| | |
|---|---|
| Reference Number: | Hay 2102.232 |
| Records Source: | WIT Legal, LLC |
| | 1370 Broadway, 15th Fl.<br>New York, NY  10018 |
| Shipped To: | Puneet K. Sandhu<br>Pazzani & Sandhu LLP<br>700 North Central Ave., Ste. 460<br>Glendale, CA  91203 |

| | |
|---|---|
| **Total Charges:** | $195.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | $195.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Invoice Number 41063-04

Exhibit A, page 9

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX 78628
(949) 777-5496



## Invoice

| Invoice No. | 41063-01 |
|---|---|
| Invoice Date | 12/14/2023 |
| Tax ID | 85-0748969 |
| Rep | Pablo Sanchez |

*Please include invoice number on your payment

**Bill to:**
Pazzani & Sandhu LLP
700 North Central Ave., Ste. 460
Glendale, CA  91203
Attn: Patty Flores

Record Subject:         Joel W. Hay
Case Number:          2:22-cv-5199 DSF (GJSx)

Joel W. Hay PhD, an individual vs. The University of Southern California, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Service of Process | 1 | $130.00 | No | $130.00 |
| Production Fee | 59 | $0.22 | No | $12.98 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

### Order Information

Reference Number:   Hay 2102.232
Records Source:      Berkeley Research Group, LLC

                     1325 J St., Ste. 1550
                     Sacramento, CA  95814

Shipped To:          Puneet K. Sandhu
                     Pazzani & Sandhu LLP
                     700 North Central Ave., Ste. 460
                     Glendale, CA  91203

| | |
|---|---|
| Total Charges: | $204.48 |
| - Amount Paid: | $0.00 |
| = Balance Due: | $204.48 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Invoice Number 41063-01

Exhibit A, page 10