EXHIBIT B

# I N V O I C E



1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54720 | 11/28/2023 | 59660 |
| Job Date | Case No. | |
| 11/1/2023 | 2:22-cv-5199 DSF (GJSx) | |
| Case Name | | |
| JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF SOUTHERN CALIFORNIA, ET AL | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Puneet Sandhu
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
T: 213-362-1860

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joel W. Hay, Ph.D.                                                                                              3,589.45

               TOTAL DUE   >>>                                   **$3,589.45**
              AFTER 12/28/2023  PAY                                   $3,768.92

Location of Job   : Remote via Zoom , CA

Please note: We reserve the right to charge late fees after thirty (30) days.

                  (-) Payments/Credits:                           0.00
               (+) Finance Charges/Debits:                     0.00
                 (=) New Balance:                          **$3,589.45**

**Tax ID:** 85-0748969

*Please detach bottom portion and return with payment.*

Ms. Puneet Sandhu
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203

Job No.     : 59660          BU ID        : ARRAY
Case No.    : 2:22-cv-5199 DSF (GJSx)
Case Name   : JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF SOUTHERN CALIFORNIA, ET AL
Invoice No. : 54720          Invoice Date : 11/28/2023
**Total Due** : **$3,589.45**

Remit To: **Array**
        **2995 Dawn Drive, Ste. 106**
        **Georgetown, TX 78628**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Exhibit B, page 11



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54723 | 11/28/2023 | 59668 |
| Job Date | Case No. | |
| 11/2/2023 | 2:22-cv-5199 DSF (GJSx) | |
| Case Name | | |
| JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF SOUTHERN CALIFORNIA, ET AL | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Puneet Sandhu
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
T: 213-362-1860

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joel W. Hay, Ph.D., Vol. II                                                2,152.00

                       **TOTAL DUE   >>>**                **$2,152.00**
                        AFTER 12/28/2023  PAY             $2,259.60

Location of Job    : Remote via Zoom , CA

Please note: We reserve the right to charge late fees after thirty (30) days.

                                           **( - ) Payments/Credits:**        0.00
                                           **(+) Finance Charges/Debits:**    0.00
                                           **(=) New Balance:**         **$2,152.00**

**Tax ID:** 85-0748969

Please detach bottom portion and return with payment.

Ms. Puneet Sandhu
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203

Job No.      : 59668           BU ID       : ARRAY
Case No.     : 2:22-cv-5199 DSF (GJSx)
Case Name    : JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF
                SOUTHERN CALIFORNIA, ET AL
Invoice No.  : 54723           Invoice Date : 11/28/2023
**Total Due**    : **$2,152.00**

Remit To: **Array**
   **2995 Dawn Drive, Ste. 106**
   **Georgetown, TX 78628**

| PAYMENT WITH CREDIT CARD                AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:                Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Exhibit B, page 12



844.817.1080

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63104 | 6/24/2024 | 70300 |
| Job Date | Case No. | |
| 6/3/2024 | 2:22-cv-5199 DSF (GJSx) | |
| Case Name | | |
| JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF SOUTHERN CALIFORNIA, ET AL | | |
| Payment Terms | | |
| Due upon receipt | | |

Laura Zive
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
T: 213-362-1860

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: VIDEOTAPED VIDEOCONFERENCED
   Joel W. Hay, Vol. III                                                                                      1,353.20

                                        **TOTAL DUE   >>>         $1,353.20**
                                        AFTER 7/24/2024  PAY            $1,420.86

Location of Job : Remote via Zoom , CA
Ordered by       : Ms. Puneet Sandhu
                    Pazzani & Sandhu LLP
                    700 N. Central Avenue, Suite 460
                    Glendale, CA 91203

Please note: We reserve the right to charge late fees after thirty (30) days.

**Tax ID:** 85-0748969

                                        *Please detach bottom portion and return with payment.*

Laura Zive
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203

| | | | |
|---|---|---|---|
| Job No. | : 70300 | BU ID | : ARRAY |
| Case No. | : 2:22-cv-5199 DSF (GJSx) | | |
| Case Name | : JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF SOUTHERN CALIFORNIA, ET AL | | |
| Invoice No. | : 63104 | Invoice Date | : 6/24/2024 |
| **Total Due** | : **$1,353.20** | | |

AFTER 7/24/2024  PAY  $1,420.86

Remit To: **Array**
          **2995 Dawn Drive, Ste. 106**
          **Georgetown, TX 78628**

| PAYMENT WITH CREDIT CARD    AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                              Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Exhibit B, page 13



844.817.1080

Laura Zive
Pazzani & Sandhu LLP
700 N. Central Avenue, Suite 460
Glendale, CA 91203
T: 213-362-1860

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64184 | 7/24/2024 | 72235 |
| Job Date | Case No. | |
| 6/27/2024 | 2:22-cv-5199 DSF (GJSx) | |
| Case Name | | |
| JOEL W. HAY, Ph.D. vs. THE UNIVERSITY OF SOUTHERN CALIFORNIA, ET AL | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF - TECHNICAL VIDEOCONFERENCED
    Aryeh L. Goldberg      1,336.85

TOTAL DUE  >>>  $1,336.85
AFTER 8/23/2024 PAY  $1,403.69

Location of Job : Remote via Zoom , CA
Ordered by : Ms. Vicky Lin
    Pazzani & Sandhu LLP
    700 N. Central Avenue, Suite 460
    Glendale, CA 91203

Please note: We reserve the right to charge late fees after thirty (30) days.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $1,336.85

Exhibit B, page 14

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | Puneet Sandhu<br>Pazzani & Sandhu LLP<br>700 N Central Ave<br>Ste 460<br>Glendale, CA, 91203 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | 6709498<br>7/14/2023<br>$1,201.70 |

**Case: Hay, Joel W., Phd v. The University Of Southern California (2:22cv5199DSFGJS)**   **Proceeding Type: Depositions**

Job #: 5981640   |   Job Date: 6/28/2023   |   Delivery: Normal

Location:          Los Angeles, CA
Billing Atty:      Puneet Sandhu
Scheduling Atty:   Bret G. Anderson Esq | Ferguson Case Orr Paterson

| Witness: Geoffrey Joyce , Ph.D. | Amount |
|---|---|
| Transcript Services | $982.80 |
| Exhibits | $68.90 |
| Logistics, Processing & Electronic Files | $150.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,201.70 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,201.70 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6709498
**Invoice Date:** 7/14/2023
**Balance Due:** $1,201.70

Pay by Credit Card: www.veritext.com

B420230805

252960

Exhibit B, page 15

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Puneet Sandhu<br>Pazzani & Sandhu LLP<br>700 N Central Ave<br>Ste 460<br>Glendale, CA, 91203 | Invoice #: | 7139954 |
|---|---|---|---|
| | | Invoice Date: | 1/26/2024 |
| | | Balance Due: | $1,046.75 |

**Case: Hay, Joel W., Phd v. The University Of Southern California, Et Al. (2:22cv5199DSFGJS)**

**Proceeding Type: Depositions**

Job #: 6410670  |  Job Date: 1/16/2024  |  Delivery: Normal

Location:          Los Angeles, CA
Billing Atty:      Puneet Sandhu
Scheduling Atty:   Bret G. Anderson Esq | Ferguson Case Orr Paterson

| Witness: Martin Levine | Amount |
|---|---:|
| Transcript Services | $756.60 |
| Exhibits | $85.15 |
| Logistics, Processing & Electronic Files | $205.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,046.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,046.75 |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Pay by Credit Card: www.veritext.com**

**Invoice #:** 7139954
**Invoice Date:** 1/26/2024
**Balance Due:** $1,046.75

252960

Exhibit B, page 16

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | P Flores<br>Pazzani & Sandhu LLP<br>700 North Central Avenue<br>Suite 460<br>Glendale, CA, 91203 | | Invoice #: | **6701391** |
|---|---|---|---|---|
| | | | Invoice Date: | **7/12/2023** |
| | | | Balance Due: | **$1,467.55** |

**Case: Hay, Joel W., Phd v. The University of Southern California (2:22cv5199DSFGJS)**   **Proceeding Type: Depositions**

Job #: 5967560   |   Job Date: 6/21/2023   |   Delivery: Normal

| Location: | Glendale, CA |
|---|---|
| Billing Atty: | P Flores |
| Scheduling Atty: | Bret G. Anderson Esq | Ferguson Case Orr Paterson |

| **Witness: Vassilios Papadopoulos, Ph.D.** | **Amount** |
|---|---:|
| Transcript Services | $1,251.90 |
| Exhibits | $65.65 |
| Logistics, Processing & Electronics Files | $150.00 |

| Notes: | **Invoice Total:** | **$1,467.55** |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | **Balance Due:** | **$1,467.55** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44<br><br>Pay by Credit Card: www.veritext.com | **Invoice #: 6701391**<br>**Invoice Date: 7/12/2023**<br>**Balance Due: $1,467.55** |
|---|---|---|

252960

Exhibit B, page 17

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Vicky Lin<br>Pazzani & Sandhu LLP<br>700 North Central Avenue<br>Suite 460<br>Glendale, CA, 91203 | **Invoice #:** 6579052<br>**Invoice Date:** 5/17/2023<br>**Balance Due:** $1,737.30 |

**Case: Hay, Joel W., Phd v. The University Of Southern California (2:22cv5199DSFGJS)**   **Proceeding Type: Depositions**

Job #: 5893840    |    Job Date: 5/3/2023    |    Delivery: Normal

Location:           Los Angeles, CA
Billing Atty:       Vicky Lin
Scheduling Atty:    Bret G. Anderson Esq | Ferguson Case Orr Paterson

| Witness: David Reyes | Amount |
|---|---|
| Transcript Services | $1,419.60 |
| Exhibits | $167.70 |
| Logistics, Processing & Electronics Files | $150.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $1,737.30 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,737.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6579052
**Invoice Date:** 5/17/2023
**Balance Due:** $1,737.30

B420230603

252960

Exhibit B, page 18

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Puneet Sandhu<br>Pazzani & Sandhu LLP<br>700 N Central Ave<br>Ste 460<br>Glendale, CA, 91203 | **Invoice #:** 7049567<br>**Invoice Date:** 12/14/2023<br>**Balance Due:** $745.55 |

**Case: Hay, Joel W., Phd v. The University Of Southern California (2:22cv5199DSFGJS)**   **Proceeding Type: Depositions**

Job #: 6345083   |   Job Date: 12/8/2023 |   Delivery: Normal

Location:   Los Angeles, CA

Billing Atty:   Puneet Sandhu

Scheduling Atty:   Bret G. Anderson Esq | Ferguson Case Orr Paterson

| Witness: David Reyes , Vol. 2 | Amount |
|---|---|
| Transcript Services | $432.90 |
| Exhibits | $117.65 |
| Logistics, Processing & Electronic Files | $195.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $745.55 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $745.55 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7049567
**Invoice Date:** 12/14/2023
**Balance Due:** $745.55

B420231215

252960

Exhibit B, page 19

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Pazzani & Sandhu LLP
Puneet K. Sandhu
700 N. Central Avenue, Suite 460
Glendale, CA 91203

## Invoice #111244

| Date | Terms |
|---|---|
| 06/20/2024 | Net 30 |

**Job #99627 on 06/03/2024 at 1:00 PM PT**

**Case:** Joel W. Hay PhD v. The University of Southern California
**Location:** USC - Health Sciences Campus
1510 San Pablo Street
Los Angeles, CA 90201

**Shipped On:** 06/19/2024
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Irving Steinberg** | | |
| Certified Copy - Electronic (158 Pages) | $ 3.95 | $ 624.10 |
| Exhibit(s) Electronic (106 Pages) | $ 1.25 | $ 132.50 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| | | $ 891.60 |
| | Amount Due: | $ 891.60 |
| | Paid: | $ 0.00 |
| | **Balance Due:** | $ 891.60 |
| | **Payment Due:** | 07/20/2024 |

Exhibit B, page 20