# EXHIBIT C

-----Original Message-----
From: do_not_reply@psc.uscourts.gov [mailto:do_not_reply@psc.uscourts.gov]
Sent: Wednesday, July 27, 2022 2:34 PM
To: Patty Flores <pflores@yzllp.com>
Subject: Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT

CAUTION: This email originated from outside of Young, Zinn, Pazzani & Sandhu LLP. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 5470459
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $402.00
Tracking Id: ACACDC-33706008
Approval Code: 077773
Card Number: ************0008
Date/Time: 07/27/2022 05:34:23 ET

Exhibit C, page 21